UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA : CR. No CR 08 56ML
:
V. : In Violation of Title 18,
: Section 2314
MICHAEL LUCHESSI :

FILED
JUN 20 2008
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

## INFORMATION

## Count 1

### A. Introduction

At all times material to this Information:

1. Defendant MICHAEL LUCHESSI was a resident of Woonsocket, Rhode Island.

### B. The Scheme

2. Between on or about November 15, 2004, and on or about November 27, 2004, in the District of Rhode Island and elsewhere, defendant MICHAEL LUCHESSI, knowingly devised and intended to devise a scheme and artifice to defraud, and for obtaining money and property, from various retail businesses by means of false and fraudulent pretenses, representation and promises.

### C. Manner and Means

3. It was part of the scheme to defraud that on or about November 15, 2004, defendant MICHAEL LUCHESSI, along with another individual, traveled from his home in Woonsocket, Rhode Island, to Blackstone, Massachusetts, at which time he opened checking account number 2000420998 at Dean Cooperative Bank. The account was opened with a cash deposit of $100. At the time he opened the account, LUCHESSI presented identification to the bank reflecting a home address in Bellingham, MA.

4. It was further a part of the scheme to defraud that between on or about November 18, 2004, and on or about November 27, 2004, defendant MICHAEL LUCHESSI traveled from his home in Rhode Island into the State of Massachusetts for the purpose of writing checks from account number 2000420998 to various retail businesses in Massachusetts. LUCHESSI wrote a total of 24 checks, totaling $42,507.96, for the purpose of acquiring merchandise from the businesses. At the time he wrote these checks, LUCHESSI was aware of the fact that there were insufficient funds in the Dean Cooperative Bank account to cover the checks.

**D. <u>Execution of the Scheme</u>**

5. Between on or about November 15, 2004, and on or about November 27, 2004, in the District of Rhode Island, the defendant, MICHAEL LUCHESSI, having devised and intended to devise the aforesaid scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations and promises, did travel in interstate commerce between the States of Rhode Island and Massachusetts in the execution of the aforesaid scheme and artifice to defraud retail businesses of property having a value of $42,507.96.

All in violation of Title 18, United States Code, Section 2314.

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

STEPHEN G. DAMBRUCH
CHIEF, CRIMINAL DIVISION

ANDREW J. REICH
ASSISTANT U.S. ATTORNEY

6/20/08
DATE