O AO 455 (Rev. 5/85) Waiver of Indictment

RECEIVED
JUN 20 2008
U.S. DISTRICT COURT
DISTRICT OF R.I.

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
MICHAEL LUCHESSI

WAIVER OF INDICTMENT

CASE NUMBER: CR 08 56ML

I, MICHAEL LUCHESSI, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on June 25, 2008 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

MICHAEL LUCHESSI
Defendant

Counsel for Defendant

Before
Judicial Officer