UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
JUN 26 2008
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 08-056 ML

MICHAEL LUCCHESI :

MOTION TO MODIFY CONDITIONS OF RELEASE

NOW comes the defendant, Michael Lucchesi, and, through counsel, moves that this Honorable Court modify his conditions of release to provide that the defendant shall be placed in inpatient treatment for substance abuse. Defense counsel has spoken with Assistant United States Attorney Andrew Reich, who has no objection to this motion.

MICHAEL LUCCHESI,
By his attorney,

/s/ Edward C. Roy, Esq.
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Edward_Roy@fd.org

CERTIFICATION

I hereby certify that I caused a copy of the within motion to be served upon Andrew Reich, AUSA and on Charleen Tryhubczak, USPO on June 26, 2008 by way of ECF case filing.

/s/ Edward C. Roy, Esquire

Granted.
Mary M. Lisi
USDJ 6/26/08