IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Cr. No. 08-56ML |
| | : | |
| MICHAEL LUCHESSI | : | |

**MOTION TO AMEND CAPTION**

The United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Andrew J. Reich, Assistant United States Attorney, moves that all documents filed in this case be amended so as to reflect the true spelling of the defendant's last name; that is, "Lucchesi." The government has discussed this Motion with counsel for the defendant, and he states that he has no objection to the granting of this Motion.

Respectfully submitted,
UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ANDREW J. REICH
ANDREW J. REICH
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th floor
Providence, Rhode Island 02903
(401)709-5000
(401)709-5001(fax)
Email andrew.reich@usdoj.gov

SO ORDERED:

___________________________________ DATE:___________________
MARY M. LISI
CHIEF U.S. DISTRICT COURT JUDGE

CERTIFICATE OF SERVICE

I hereby certify that on this 27 day of August, 2008, I caused the within Motion to Amend Caption to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification:

Edward C. Roy, Esq.
Federal Defender's Office
10 Weybosset Street
Suite 300
Providence, RI 02903

/s/ANDREW J. REICH
ANDREW J. REICH
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th floor
Providence, Rhode Island 02903
(401)709-5000
(401)709-5001(fax)
Email andrew.reich@usdoj.gov